UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

STEVEN KADONSKY,

        Plaintiff,

        v.

ABU AHSAN, et al.,

        Defendants.

Civil Action No. 14-7248 (MAS)

**MEMORANDUM AND ORDER**

---

Plaintiff Steven Kadonsky, a prisoner currently confined at the New Jersey State Prison in Trenton, New Jersey, seeks to proceed in this civil action *in forma pauperis*, without prepayment of fees or security, asserting claims pursuant to 42 U.S.C. § 1983. The Prison Litigation Reform Act of 1995 (the "Act"), which amends 28 U.S.C. § 1915, establishes certain financial requirements for prisoners who are attempting to bring a civil action *in forma pauperis*.

Under the Act, a prisoner bringing a civil action *in forma pauperis* must submit an affidavit, including a statement of all assets, which states that the prisoner is unable to pay the fee. 28 U.S.C. § 1915(a)(1). The prisoner also must submit a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of his complaint. 28 U.S.C. § 1915(a)(2). The prisoner must obtain this statement from the appropriate official of each prison at which he was or is confined. *Id.*

Here, Plaintiff's application does not meet the requirements of 28 U.S.C. § 1915(a). Specifically, Plaintiff failed to submit a certified copy of his inmate trust fund account statement for the six-month period ***immediately preceding*** the filing of his complaint in this Court. Plaintiff submits an account statement dating from January 10, 2015 to July 10, 2015, but the Complaint was removed to this Court on November 20, 2014. This does not meet the statutory requirements.

Plaintiff must submit an account statement for the period between May 20, 2014 and November 20, 2014.

**IT IS** therefore on this ____4th____ day of ____August____, 2015,

**ORDERED** that Plaintiff's application to proceed *in forma pauperis*, (ECF No. 24), is hereby **DENIED WITHOUT PREJUDICE**; it is further

**ORDERED** that the Clerk of the Court shall send Plaintiff the form entitled Affidavit of Poverty and Account Certification (Civil Rights)(DNJ ProSe 007 A(Rev. 5/13)) to be used by Plaintiff in any future applications to proceed *in forma pauperis*; it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

_____
Michael A. Shipp, U.S.D.J.